```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 07 B 11757
    PEARL PARKS
                                                  CHAPTER 13

                                                  JUDGE: BRUCE W BLACK
          Debtor
    SSN XXX-XX-7080


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/02/07 and confirmed on 09/19/07.

     2.  The case was dismissed after confirmation, 12/12/2008.

     3.  The Debtor paid a total of $    4057.72 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------
AMERICAN HOME MORTGAGE     CURRENT MORTG          .00           .00           .00
AMERICAN HOME MTGE         MORTGAGE ARRE      1484.98           .00       1484.98
WILL COUNTY TREASURER      SECURED            2004.00           .00        188.38
CAPITAL ONE BANK           UNSECURED          2766.93           .00           .00
ROUNDUP FUNDING LLC        UNSECURED          1679.38           .00           .00
       Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  3488.98          .00      4446.31        .00      7935.29
PRINCIPAL PAID      1673.36          .00           .00        .00      1673.36
INTEREST PAID            .00         .00           .00        .00           .00
TOTAL PAID          1673.36          .00           .00        .00      1673.36
The Debtor's attorney, DAVID M SIEGEL                  , was allowed $   3000.00
and was paid $    826.00  direct and $    2174.00  through the plan.

The Trustee received $     210.36 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 03/11/09                 /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
    CASE NO. 07 B 11757 PEARL PARKS
```